# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133530

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROEDERICK MARTIN HUNTER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133530
COA: 264367
Macomb CC: 04-003483-FC

     On order of the Court, the application for leave to appeal the February 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

t0618